THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NAOMI SUE WHITE EAGLE,<br><br>               Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>               Defendant. | CASE NO. C21-5716-JCC-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the report and recommendation, (Dkt. No. 14), of Chief Magistrate Judge J. Richard Creatura, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1)     The Court adopts the report and recommendation (Dkt. No. 14);

(2)     Plaintiff's motion (Dkt. No. 10) is STRICKEN from the Court's docket; and

(3)     The Clerk shall send copies of this order to Plaintiff and to the Hon. J. Richard Creatura.

//
//
//
//

DATED this 17th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
C21-5716-JCC-JRC
PAGE - 2