THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAOMI SUE WHITE EAGLE,<br><br>        Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>        Defendants. | CASE NO. C21-5716-JCC<br><br>ORDER |

The Court, having reviewed the report and recommendation (Dkt. No. 16) of Chief Magistrate Judge J. Richard Creatura, and finding no timely objection, does hereby FIND and ORDER:

(1) The Court ADOPTS the report and recommendation (Dkt. No. 16);

(2) Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 4) is DENIED;

(3) The case is DISMISSED without prejudice; and

(4) The Clerk is DIRECTED to send copies of this order to Plaintiff and to the Hon. J. Richard Creatura.

//
//
//

ORDER
C21-5716-JCC
PAGE - 1

DATED this 9th day of February 2022.

*John C. Coughenour*
UNITED STATES DISTRICT JUDGE